# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM FRANCHI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> STEWART INFORMATION SERVICES CORPORATION, THOMAS G. APEL, ARNAUD AJDLER, CLIFFORD ALLEN BRADLEY JR., JAMES CHADWICK, ROBERT L. CLARKE, GLENN C. CHRISTENSON, FREDERICK H. EPPINGER, MATTHEW W. MORRIS, CLIFFORD PRESS, A HOLDCO CORP., and S HOLDCO LLC, <br><br> Defendants. | ) ) ) ) ) ) Case No. 1:18-cv-00951-VAC-SRF ) ) ) ) ) ) ) ) ) ) ) ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Adam Franchi ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to the putative class. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: August 27, 2018

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

**RIGRODSKY & LONG, P.A.**

By: */s/ Gina M. Serra*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*